IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANELA CIFUENTES CATALAN,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES S. HILL, et al.,**<br><br>Defendant. | Case No. 5:22-cv-00062-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION RE: HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants California Department of Corrections and Rehabilitation and Warden J. Hill (Defendants) have applied *ex parte* for an order vacating the trial date and setting a new scheduling order with a new deadline to hear Defendants' motion for summary judgment, including opposition and reply deadlines.

In the alternative, Defendants have applied *ex parte* for reconsideration of the Court's order denying Defendants' properly noticed motion for summary judgment as moot (ECF No. 89) and resetting the hearing date on Defendants' motion for summary judgment on March 18, 2024, and setting Defendants' reply deadline on March 12, 2024, or on other dates convenient for the Court's calendar.

The Court has read and considered the stipulation and, good cause appearing,

///

1   IT IS ORDERED that _____

2   _____.

4   IT IS SO ORDERED.

5   Dated: _____            _____

6                                                                    The Honorable Jesus G. Bernal