UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-0062 JGB (SPx) | Date | March 8, 2024 |
|---|---|---|---|
| Title | *Canela Cifuentes Catalan v. James S. Hill, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) GRANTING Defendant's Ex Parte Application (Dkt. No. 99); and (2) VACATING April 2, 2024 Trial Date (IN CHAMBERS)

On February 14, 2024, Plaintiff filed an ex parte application to substitute Matthew Sigala for DOE OFFICER 1 and add the Estate of Matthew Sigala as a defendant. ("Plaintiff's Ex Parte," Dkt. No. 63.) On March 1, 2024, the Court granted Plaintiff's Ex Parte, ordered Plaintiff to file an amended complaint by March 11, 2024, and denied as moot defendant's motion for summary judgment (Dkt. No. 59). ("Order," Dkt. No. 89.) On March 5, 2024, Plaintiff filed a first amended complaint. (Dkt. No. 95.)

There is currently a pretrial conference scheduled for March 18, 2024 and trial is scheduled for April 2, 2024. (See Dkt. No. 53.) On March 7, 2024, defendants James Hill and California Department of Corrections and Rehabilitation filed an ex parte application for an order vacating the trial date and setting a new pre-trial scheduling order to hear defendants' motion for summary judgment, or in the alternative, for reconsideration of the Court's Order. ("Defendants' Ex Parte," Dkt. No. 99.)

//
//
//
//
//
//

The Court has read and considered Defendants' Ex Parte and, good cause appearing, **GRANTS** Defendants' Ex Parte and **VACATES** the April 2, 2024 trial date. The Court sets the following amended scheduling order:

- Dispositive Motions Hearing Cutoff: April 22, 2024[1]
- Final Pretrial Conference: Monday, June 10, 2024 at 11:00 a.m.
- Trial: Tuesday, June 25, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

---

[1] The parties should adhere to the Opposition and Reply deadlines mandated by the Local Rules of this District.