JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CANELA CIFUENTES CATALAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES S. HILL, et al.,<br><br>Defendants. | **Case No.:  5:22-cv-00062-JGB-SP**<br>**Assigned to: Hon. Jesus G. Bernal**<br><br><br>**JUDGMENT** |

Pursuant to the Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Final judgment be **ENTERED** in favor of Defendants JAMES S. HILL, and California Department of Corrections and Rehabilitation.

**IT IS SO ORDERED.**

Dated: July 15, 2024

_____
Honorable Jesus G. Bernal
United States District Judge