Name: Rodney S. Diggs, Esq. (SBN 274459)
Address: 444 S. Flower Street, Ste. 3200
City, State, Zip: Los Angeles, CA 90071
Phone: (213) 489-0028
Fax: (213) 489-0552
E-Mail: rdiggs@imwlaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CANELA CIFUENTES CATALAN

PLAINTIFF(S),

v.

JAMES S. HILL, et al.

DEFENDANT(S).

CASE NUMBER:

5:22-cv-00062-JGB-SP

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Plaintiff, Canela Cifuentes Catalan_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
  Motion for Summary Judgment

☐ Other (specify):

Imposed or Filed on _July 15, 2024_. Entered on the docket in this action on _141_.

A copy of said judgment or order is attached hereto.

*(signed) Rodney S. Diggs*

August 14, 2024
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)            NOTICE OF APPEAL